IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL A. KEETON, an individual; on behalf of himself and all others similarly,<br>    Plaintiff, | § § § § | |
| v. | § § | CASE NO. 1:14-CV-00131 |
| CONVERGENT    OUTSOURCING,    a Washington Corporation; LVNV FUNDING, a Delaware Limited Liability Company; and JOHN  AND  JANE  DOES  I  NUMBERS THROUGH 25<br>    Defendant. | § § § § § § § § | |

## DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING DECISION FROM JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Convergent Outsourcing, Inc. ("Convergent") and Defendant LVNV Funding, ("LVNV") (collectively "Defendants"), files their Motion to Stay Proceedings Pending Decision from Judicial Panel on Multidistrict Litigation and respectfully show unto the Court as follows:

1.      Defendants request the Court stay all proceedings in the above-captioned case, pending a decision from the Judicial Panel on Multidistrict Litigation ("MDL Panel") regarding Convergent's Motion for Transfer of Actions to the Southern District of Texas Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceeding styled *In re: Convergent Fair Debt Collection Practice Act Litigation, MDL No. 2601* filed on November 11, 2014 ("MDL Motion"). The MDL Panel has set the MDL Motion for hearing on January 29, 2015 in Miami, Florida. *See* Schedule of Matters for Hearing Session (<u>Exhibit A</u>). Judicial economy and efficiency will be promoted by staying proceedings in the present case until the MDL Panel

**DEFENDANTS' MOTION TO STAY** – Page 1

determines whether a single judge should preside over pretrial proceedings of the six related actions in the MDL Motion which contain common factual questions in that all of the plaintiff's claims arise out of similar purported violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA").

2.      The present action has been included in the MDL Motion and this Court would be the venue for the other related cases for coordinated or consolidated pretrial proceeding. Exhibit A at 9-10. The Defendants request the Court stay this case while the motion for the transfer of the present action to the MDL is pending to avoid inconsistent pretrial rulings, duplicative discovery obligations, overlapping classes, and to promote the just and efficient conduct of this litigation. Proceeding with the present action despite the pendency of the MDL Motion will likely cause the parties and the Court to expend substantial resources. Should the MDL Panel transfer this case, this Court will have jurisdiction of this matter and other related matters for pretrial purposes, and a single judge will be assigned to determine these issues in all of the Convergent cases pending nationwide. A temporary stay pending the MDL Panel's decision will alleviate the potential for wasting judicial and party resources and for unnecessary procedural complexity.

3.      The Court has the sole discretion to stay proceedings where it serves the interests of judicial economy and efficiency.

        WHEREFORE, for these reasons, the Defendants respectfully request that the Court stay this case pursuant to its inherent authority until the MDL Panel rules on the pending MDL Motion.

Dated: December 30, 2014.


                              [Full Signature on Following Page]


**DEFENDANTS' MOTION TO STAY** – Page 2
M:\253.0000 Convergent Outsourcing, Inc\253.0011 Michael A. Keeton 00131 v. Convergent Outsourcing, Inc\Pleadings\253.0011.Motion to Stay.docx

Respectfully submitted,

**ROBBIE MALONE, PLLC**

_/s/ Robbie Malone_
ROBBIE MALONE
State Bar No. 12876450
Email: rmalone@rmalonelaw.com
EUGENE XERXES MARTIN, IV
State Bar No. 24078928
Email: xmartin@rmalonelaw.com
ROBBIE MALONE, P.L.L.C.
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631
*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF CONFERENCE

This is to certify that on December 29, 2014, counsel for Defendants exchanged e-mails with counsel for Plaintiff. Plaintiff's counsel is opposed to Defendants Motion to Stay.

_/s/ Xerxes Martin_
XERXES MARTIN

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded **via CM/ECF** on this 30th day of December, 2014 to:

Andrew T. Thomasson, Esq.
NJ Bar No. 048362011; SDTX No 2347873
Thomasson Law, LLC
101 Hudson Street, 21st Floor
Jersey City, NJ 07302
P. (201) 479-9969
F. (855) 479-9969

_/s/ Robbie Malone_
ROBBIE MALONE

**DEFENDANTS' MOTION TO STAY** – Page 3