IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL A. KEETON, et al., § | | |
|     Plaintiffs, § | | |
| § | | |
| v. § | | Civil Action No. B-14-131 |
| § | | |
| CONVERGENT OUTSOURCING, et al.,§ | | |
|     Defendants. § | | |

## ORDER

On December 30, 2014, the Defendants filed a motion to stay proceedings, pending a decision from the Judicial Panel on Multidistrict Litigation on a motion for consolidation of this case with several cases from around the nation. Dkt. No. 15.

On January 6, 2015, the Plaintiff filed a response, stating that he did not oppose a stay in this case. Dkt. No. 20. On January 13, 2015, the Defendants filed a reply, reiterating their desire for a stay to be issued. Dkt. No. 21.

The motion for a stay is **GRANTED**. This case shall be stayed, pending a decision from the Judicial Panel on Multidistrict Litigation. The Court will not issue a scheduling order until the stay is lifted.

DONE at Brownsville, Texas, on January 13, 2015.

_____
Ronald G. Morgan
United States Magistrate Judge

1