IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL A. KEETON, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. B-14-131 |
| | § | Civil Action No. B-14-132 |
| CONVERGENT OUTSOURCING, et al., | § | |
|     Defendants. | § | |

## ORDER

On May 28, 2015, the Court ordered that <u>Keeton v. Convergent</u>, Civil Action No. B-14-131 and <u>Keeton v. Convergent</u>, Civil Action No. B-14-132, be consolidated into one case for further proceedings. Dkt. No. 29.

In order to ensure clarity and reduce confusion, the Court notes that the scheduling order previously issued in B-14-131 – Dkt. No. 24 – is the operative scheduling order in these proceedings. All parties are expected to abide by and meet the deadlines in that order.

DONE at Brownsville, Texas, on May 29, 2015.

Ronald G. Morgan
United States Magistrate Judge

1